UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

MICHAEL JESSE BANNER )
)
v. ) NO. 2:09-cv-122
) *Judge Jordan*
HAMBLEN COUNTY SHERIFF'S )
DEPT. )

## MEMORANDUM

Acting *pro se*, Michael Jesse Banner, a prisoner in the Hamblen County Detention Center, filed this civil rights action for injunctive relief under 42 U.S.C. § 1983. On April 30, 2012, the Court entered an order, advising plaintiff of certain deficiencies in his filing and allowing him thirty (30) days from the date on the order to correct the cited deficiencies, (Doc. 4). On May 7, 2012, the order was returned to the Court by the postal authorities, with the face of the envelope containing the order marked, "Return to Sender, Inmate Not Here," (Doc. 5). Obviously, without plaintiff's correct address, neither the Court nor the defendant can communicate with him regarding his case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

**ENTER**:

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE